IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02352-MSK-KLM

YVONNE BAUGHMAN,

    Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC., a Delaware corporation,

    Defendant.

_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Withdraw Rule 68 Offer of Judgment** [Docket No. 8; filed January 10, 2008] (the "Motion").

    Defendant filed its Offer of Judgment on January 4, 2008 [Docket No. 6]. Fed. R. Civ. P. 68 specifies that offers of judgment not accepted within ten days after service are "deemed withdrawn." Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant's **Notice of Filing of Defendant Pioneer Credit Recovery, Inc.'s Offer of Judgment** [Docket No. 6; filed January 10, 2008] is deemed **WITHDRAWN.**

    Dated:      February 1, 2008