IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02352-MSK-KLM

YVONNE BAUGHMAN,

    Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC., a Delaware corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Unopposed Motion to Dismiss with Prejudice **(#11)** and being fully advised in the premises, **DOES HEREBY ORDER** that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 26th day of February, 2008.

                              BY THE COURT:

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge